| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

Central District of California
_____
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   Nona Gourmet LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names  
   DBA "LA CRÈME CAFÉ"

3. **Debtor's federal Employer Identification Number (EIN)**  
   8 6 – 1 2 6 8 2 2 3

4. **Debtor's address**

   **Principal place of business**  
   14006 Riverside Drive  
   Number   Street  
   Space no. FC1  
   
   Sherman Oaks    CA    91423  
   City    State    ZIP Code
   
   Los Angeles  
   County

   **Mailing address, if different from principal place of business**  
   1427 N. Wilcox Avenue  
   Number   Street  
   _____  
   P.O. Box  
   
   Sherman Oaks    90028  
   City    State    ZIP Code
   
   **Location of principal assets, if different from principal place of business**  
   Same  
   Number   Street
   
   _____  
   City    State    ZIP Code

5. **Debtor's website** (URL)  
   https://lacremecafe.la

Debtor __Nona Gourmet LLC_____  Case number (if known)_____
      Name

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ❏ Partnership (excluding LLP)
   - ❏ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ❏ Railroad (as defined in 11 U.S.C. § 101(44))
   - ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ❏ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   7  2  2  5

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ❏ Chapter 7
   - ❏ Chapter 9
   - ☑ Chapter 11. *Check all that apply*:
     - ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ❏ A plan is being filed with this petition.
     - ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ❏ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ❏ Yes.  District _____  When _____  Case number _____
                                                       MM / DD / YYYY
                   District _____  When _____  Case number _____
                                                       MM / DD / YYYY

Debtor    **Nona Gourmet LLC**                                                                 Case number (if known) _____
                Name

| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes. Debtor _____  Relationship _____<br>            District _____  When _____<br>                                                                     MM / DD / YYYY<br>            Case number, if known _____ |
|---|---|

| 11. Why is the case filed in *this district*? | Check all that apply:<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☐ No<br>☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (Check all that apply.)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☒ Other  Debtor operates a restaurant that sells food to the public.<br><br>**Where is the property?** 14006 Riverside Drive<br>                                  Number    Street<br>                                  Space no. FC1<br>                                  Sherman Oaks                         CA    91423<br>                                  City                                            State ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☒ Yes. Insurance agency    Farmers Insurance<br>         Contact name           Kalina Johnson<br>         Phone                      (760) 547-7239 |
|---|---|

### Statistical and administrative information

| 13. Debtor's estimation of available funds | Check one:<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|
| 14. Estimated number of creditors | ☒ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99         ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |

Official Form 201                     Voluntary Petition for Non-Individuals Filing for Bankruptcy                     page 3

Debtor  Nona Gourmet LLC
_____
Name

Case number (if known)_____

| 15. Estimated assets | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☑ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/08/2025
              MM / DD / YYYY

X _____    Anna Genova
Signature of authorized representative of debtor    Printed name

Title  Manager

**18. Signature of attorney**

X _____    Date  07/08/2025
Signature of attorney for debtor              MM / DD / YYYY

Nina Aritonova
Printed name
The Law Office of Nina Aritonova
Firm name
23416 Strathern Street
Number    Street
West Hills                                    CA      91304
City                                          State   ZIP Code

(310) 384-7841                                n_aritonova@hotmail.com
Contact phone                                 Email address

277630                                        California
Bar number                                    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4